TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
James.Sweetin@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANCISCO JAVIER VALENCIA ECHAVARRIA,<br><br>Petitioners,<br><br>v.<br><br>USCIS, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-03123-GMN-BNW<br><br>**Substitution of Attorney** |

Federal Respondents hereby substitute Assistant United States Attorney James R. Sweetin, 501 Las Vegas Blvd. So., Suite 1100, Las Vegas, Nevada 89101, Phone: (702) 388-6336, as attorney of record in place and instead of Tamer B. Botros.

Respectfully submitted this 26th day of October 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Tamer B. Botros*
TAMER B. BOTROS
Assistant United States Attorney

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ James R. Sweetin*
JAMES R. SWEETIN
Assistant United States Attorney

APPROVED:

**DATED** this 27 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT